UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AHMAD FAREEZ THABATEH,<br><br>    Petitioner,<br><br>v.<br><br>MAT KING, et al.,<br><br>    Respondents. | Case No. 25-cv-14018<br><br>Honorable Robert J. White |

**ORDER SETTING BRIEFING SCHEDULE ON AMENDED PETITION
(ECF NO. 4)**

Petitioner Ahmad Fareez Thabateh filed his amended petition for a writ of habeas corpus on December 19, 2025. (ECF No. 4). The amended petition names as respondent the St. Clair County Sheriff Mat King. (*Id.* at PageID.58). Under Michigan law, Sheriff King has the ultimate authority over the jails and their prisoners within the county. *See* Mich. Comp. Laws § 51.75 ("The sheriff shall have the charge and custody of the jails of his county, and of the prisoners in the same."). Counsel for Thabateh certified that he served King on December 23, 2025, through certified mail. (ECF No. 7-1, PageID.119).

Now that Thabateh has named the proper respondent, *see* ECF No. 3, PageID.56-57, the Court will set a briefing schedule. Accordingly,

2

IT IS ORDERED that Respondent must respond to Thabateh's petition within fourteen days of this order.

IT IS FURTHER ORDERED that Thabateh must file his reply within seven days of Respondent's response.


Dated: December 30, 2025              s/Robert J. White
                                                                                      Robert J. White
                                                                                      United States District Judge