UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHMAD FAREEZ THABATEH,

     Petitioner,

v.

MAT KING, et al.,

     Respondents.

Case No. 25-cv-14018

Honorable Robert J. White

**ORDER (1) DIRECTING RESPONSE TO ECF NO. 10 AND (2) STAYING
DEPORTATION UNTIL FURTHER ORDER OF THE COURT**

Petitioner Ahmad Fareez Thabateh filed his amended petition for a writ of
habeas corpus on December 19, 2025, when he was detained at the St. Clair County
Jail. (ECF No. 4).  The amended petition names as respondent St. Clair County
Sheriff Mat King. (*Id.* at PageID.58).  Under Michigan law, Sheriff King has the
ultimate authority over the jails and their prisoners within the county. *See* Mich.
Comp. Laws § 51.75 ("The sheriff shall have the charge and custody of the jails of
his county, and of the prisoners in the same.").

King responded to the amended petition on January 13, 2026. (ECF No. 9).
The following day, Petitioner filed an emergency motion to return him to this district,
arguing that his recent transfer from the St. Clair County Jail to a corrections facility

in Louisiana (1) was intended to frustrate this Court's jurisdiction, Petitioner's right to counsel, and Petitioner's access to the Court; and (2) places Petitioner in "imminent danger" of being deported. (ECF No. 10).

Accordingly, the Court HEREBY ORDERS that King must respond to Petitioner's emergency motion by Monday, January 19, 2026, and Petitioner shall have until Thursday, January 22, 2026, to file a reply.  Next, in order to preserve the Court's jurisdiction over this matter, IT IS FURTHER ORDERED that Petitioner's removal or deportation is hereby stayed until further order of the Court. 28 U.S.C. § 1651.  For good cause shown, the Government may move to vacate this stay.

Dated: January 14, 2026 s/Robert J. White
Robert J. White
United States District Judge

2