UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AHMAD FAREEZ THABATEH,<br><br>    Petitioner,<br><br>v.<br><br>MAT KING, et al.,<br><br>    Respondents. | Case No. 25-cv-14018<br><br>Honorable Robert J. White |

**ORDER SETTING FILING DEADLINES AND A HEARING DATE WITH RESPECT TO THE HABEAS PETITION**

Petitioner Ahmad Fareez Thabateh filed his amended petition for a writ of habeas corpus on December 19, 2025, when he was detained at the St. Clair County Jail. (ECF No. 4). The amended petition names as respondent St. Clair County Sheriff Mat King. (*Id.* at PageID.58). Under Michigan law, Sheriff King has the ultimate authority over the jails and their prisoners within the county. *See* Mich. Comp. Laws § 51.75 ("The sheriff shall have the charge and custody of the jails of his county, and of the prisoners in the same.").

King responded to the amended petition on January 13, 2026. (ECF No. 9). The following day, Petitioner filed an emergency motion to return him to this district, arguing that his recent transfer from the St. Clair County Jail to a corrections facility

in Louisiana (1) was intended to frustrate this Court's jurisdiction, Petitioner's right to counsel, and Petitioner's access to the Court; and (2) places Petitioner in "imminent danger" of being deported. (ECF No. 10).  The Court ordered King to respond to Petitioner's emergency motion and stayed Petitioner's removal or deportation until further order of the Court. 28 U.S.C. § 1651. (ECF No. 11).  King moved to vacate this order. (ECF No. 12).

On January 23, 2026, the Court entered a stipulated order withdrawing each party's pending motion and vacating the stay of deportation. (ECF No. 15).  The parties agreed to submit a joint status report on the case by February 9, 2026.  Having reviewed the joint status report (ECF No. 16);

IT IS HEREBY ORDERED that King has until February 20, 2026, to file any supplemental briefing or declaration reflecting his current position and/or any necessary context in this case.

IT IS FURTHER ORDERED that Petitioner has until February 24, 2026, to file a reply in this case.

IT IS FURTHER ORDERED that an in-person hearing on the habeas petition will be held on February 26, 2026, at 1:00 p.m.

3

Dated: February 11, 2026          s/Robert J. White
                                                      Robert J. White
                                                      United States District Judge