UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AHMAD FAREEZ THABATEH,<br><br>       Petitioner,<br><br>v.<br><br>SHERIFF MAT KING, in his official capacity as Warden of the St. Clair County Jail,<br><br>       Respondent. | Case No. 25-cv-14018<br><br>Honorable Robert J. White |

**ORDER DIRECTING RESPONDENT TO FILE A STATUS REPORT**

Petitioner Ahmad Fareez Thabateh filed his amended petition for a writ of habeas corpus on December 19, 2025, when he was detained at the St. Clair County Jail. (ECF No. 4). The amended petition names as respondent St. Clair County Sheriff Mat King. (*Id.* at PageID.58). Under Michigan law, Respondent King has the ultimate authority over the jails and their prisoners within the county. *See* Mich. Comp. Laws § 51.75 ("The sheriff shall have the charge and custody of the jails of his county, and of the prisoners in the same.").

Thabateh alleges that, following a final order to remove him from the United States, Respondent and immigration officials have detained him indefinitely in violation of the Immigration and Nationality Act (INA), and that his continued

detention violates his Fifth and Fourteenth Amendment right to Due Process. (ECF No. 4, PageID.69-70). Thabateh asserts that his petition must be granted because (1) his detention pursuant to a final removal order has exceeded 180 days and (2) it is not significantly likely he will be removed in the reasonably foreseeable future. (ECF No. 4, PageID.60).

Respondent currently represented to the Court – through the declaration of ICE Deportation Officer Anthony F. Suriano – that Thabateh "now has all his proper travel documents required to return to Israel with the next international charter tentatively scheduled for as early as March 2026." (ECF No. 18-1, PageID.202, ¶ 9). But with the ongoing regional conflict, it is unclear whether international charter flights will be departing for the Middle East anytime soon. So, once again, Thabateh's impending removal to Israel is uncertain.

In view of these developments and their potential impact on Thabateh's removal, it is hereby,

ORDERED that Respondent is directed to file a status report with the Court in 45 days from the date of entry of this order.

IT IS FURTHER ORDERED that the status report must contain the following information: (1) whether Thabateh has been removed from the United States, and if

2

so, (2) to what country has he been removed.  In the event Thabateh has not been removed from the United States, the status report must (3) address ICE's efforts to remove Thabateh over the 45-day interim period.

Dated: March 9, 2026                     s/ Robert J. White
                                         Robert J. White
                                         United States District Judge