UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHMAD FAREEZ THABATEH,

Petitioner,

v.

MAT KING, et al.,

Respondents.

Case No. 25-cv-14018

Honorable Robert J. White

## JUDGMENT

The Court has granted Petitioner's amended petition for a writ of habeas corpus.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for Petitioner and against Respondents.  Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By:_s/Tara Villereal_____
            Deputy Clerk

May 22, 2026

Approved:_s/Robert J. White_____
            Robert J. White
            United States District Judge