UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHMAD FAREEZ THABATEH,

    Petitioner,

v.

MATT KING, et al.,

    Respondents.

Case No. 25-cv-14018

Honorable Robert J. White

**ORDER FOR THE GOVERNMENT TO SHOW CAUSE**

Petitioner Ahmad Fareez Thabateh filed an amended petition for a writ of habeas corpus on December 19, 2025, arguing that he was being indefinitely detained in violation of the Immigration and Nationality Act. (ECF No. 4). Thabateh, who is subject to a final order of removal from the United States, was detained while attending a scheduled check-in appointment on June 10, 2025, for immigration officials to effectuate his removal. After numerous delays, this Court, on April 24, 2026, granted the habeas petition. (ECF No. 23). Petitioner was released on April 28, 2026. (ECF No. 24). However, as represented in a status report from Petitioner's counsel, Petitioner was again detained upon his appearance at a June 1, 2026 check-in with immigration officials, who verbally conveyed "that they 'have a

travel document' and that Petitioner is on the manifest for a pending chartered removal flight." (ECF No. 27, PageID.256).

Accordingly,

IT IS ORDERED that by Friday, June 5, 2026, the government shall show cause as to the circumstances supporting Petitioner's detention.

IT IS FURTHER ORDERED that the government must provide evidence— or else explain why such evidence is unavailable—regarding (1) any travel document currently authorizing Petitioner's removal, (2) Petitioner's status on the manifest of any removal flight, and (2) the scheduled date of such flight(s) and any anticipated timeline to complete removal.

SO ORDERED.

Dated: June 2, 2026                          s/Robert J. White
                                             Robert J. White
                                             United States District Judge

2